# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CRIMINAL NO. 1:05CR228

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| DEMETRIUS SHAWNDALE RUDISILL ) | |

**THIS MATTER** is before the Court on the Government's motion to consolidate it with Case No. 3:05CR390, currently pending in the Charlotte Division and assigned to U.S. District Court Judge Robert Conrad. Defendant has no objection to the reassignment.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion to consolidate Case Nos. 1:05CR228 and 3:05CR390 is **ALLOWED**, and the Clerk is directed to reassign this matter to Judge Conrad.

**IT IS FURTHER ORDERED** that the sentencing hearing scheduled for March 2, 2006, in this matter is hereby **CONTINUED**.

Signed: February 23, 2006

Lacy H. Thornburg
United States District Judge